**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| JENCY LIZABETH BAQUEDANO LAGOS,<br>*Plaintiff*<br><br>v.<br><br>MIGUEL VERGARA, ACTING FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, SAN ANTONIO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, ACTING DIRECTOR U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL; AND WAYMON BARRY, WARDEN OF KARNES COUNTY CORRECTIONAL CENTER;<br>*Defendant* | Case No.  SA-25-CA-01411-XR |

## ORDER FOR SERVICE AND FOR BRIEFING

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Jency Lizbeth Baquedano Lagos, who is currently detained at the Karnes County Correctional Center in Karnes City, Texas, located in the Western District of Texas. ECF No. 1.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order.  Delivery by certified mail return receipt of those same documents shall constitute sufficient service of process on respondents: Miguel Vergara, Acting Field Office Director of

Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; Todd Lyons, Acting Director U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; Kristi Noem, Secretary, U.S. Department of Homeland Security; and Pamela Bondi, U.S. Attorney General.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Waymon Barry, Warden of Karnes County Correctional Center, 409 FM 1144, Karnes City, TX 78118, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process.

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within (3) days of the date of service**. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243. *See id.* (noting, a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 4th day of November, 2025.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE